MC LAW NEVADA
Robert McCoy, No. 9121
1775 Village Center Circle, Suite 110
Las Vegas, Nevada 89134
(702) 570-5435
rob@mclawnevada.com

Attorneys for Defendant Steel Structures, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EMC PROPERTY & CASUALTY INSURANCE COMPANY, an Iowa Corporation; STEEL STRUCTURES, INC., a Nevada Corporation; PAUL JOSEPH RODRIGUEZ, a Nevada individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02097-JAD-NJK<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT STEEL STRUCTURES TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Evanston Insurance Company ("Evanston") and defendant Steel Structures Inc. ("Steel Structures") jointly move, pursuant to LR 7-1(c), to extend the time for Steel Structures to respond to the complaint (ECF No. 1) by 21 days to August 27, 2026 on the following basis:

1. On July 16, 2026, Evanston served the summons and complaint on Steel Structures, making Steel Structures' deadline to respond August 6, 2026.

2. Steel Structures requests—and Evanston has agreed—to additional time for Steel Structures to respond to the complaint to accommodate time for it to retain counsel, to accommodate conflicts with that counsel's schedule, and to permit sufficient time for that counsel to review the complaint's allegations, investigate the facts alleged, and prepare a response.

3. Evanston and Steel Structures therefore stipulate to extend the date by which Steel Structures must respond to the complaint by 21 days, from August 6, 2026 to August 27, 2026.

4. Pursuant to LR IA 6-1, this is the first requested extension of this deadline.

***COUNSEL SIGNATURES ON NEXT PAGE TO COMPLY WITH LR IA 6-2***

**ORDER**

IT IS SO ORDERED.

United States Magistrate Judge

DATED: July 28, 2026

ANDERSON, McPHARLIN & CONNERS LLP

s/ Jennifer C. Kalvestran

Jennifer C. Kalvestran, No. 14385
601 S. Seventh Street
Las Vegas, Nevada 89101

Attorneys for Plaintiff Evanston Insurance Company

MC LAW NEVADA

Robert McCoy, No. 9121
1775 Village Center Circle, Suite 110
Las Vegas, Nevada 89134

Attorneys for Defendant Steel Structures, Inc.