Jennifer C. Kalvestran (Bar No. 14385)
**ANDERSON, MCPHARLIN & CONNERS, LLP**
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017
T: 213-263-1684
Email: jck@amclaw.com

Attorneys for Plaintiff
EVANSTON INSURANCE COMPANY

John R. Brydon (Bar No. 1827)
**DEMLER, ARMSTRONG & ROWLAND, LLP**
9805 Double R. Blvd., Suite 300
Reno, Nevada 89521
T: 755-800-7790
F: 415-354-8380
Email: bry@darlaw.com

Attorneys for Defendant
EMC PROPERTY & CASUALTY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EMC PROPERTY & CASUALTY INSURANCE COMPANY, an Iowa Corporation; STEEL STRUCTURES, INC., a Nevada Corporation; PAUL JOSEPH RODRIGUEZ, a Nevada individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No. 2:26-cv- 2097**<br><br>**JOINT MOTION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME FOR EMC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(First Request)** |

Plaintiff EVANSTON INSURANCE COMPANY (hereafter "EVANSTON") and Defendant EMC PROPERTY & CASUALTY INSURANCE COMPANY (hereafter "EMC"), by and through their respective counsel of record, hereby stipulate and agree, subject to the Court's approval, to extend the deadline for EMC to answer or otherwise respond to Plaintiff's Complaint, filed on July 10, 2026, by fourteen (14) days. This motion is based on the following memorandum

of points and authorities, the pleadings and papers on file, and any argument the Court may permit.

## MEMORANDUM OF POINTS AND AUTHORITIES

### A. Statement of Facts

1. EVANSTON filed its Complaint in this action on July 10, 2026.

2. EMC was served with the Summons and Complaint on July 16, 2026.

3. EMC's current deadline to answer or otherwise respond to the Complaint is August 6, 2026.

4. EMC has recently obtained the undersigned counsel who requires additional time to properly investigate the allegations and evaluate the issues raised in the Complaint before preparing a responsive pleading. The parties agree that a fourteen (14) day extension is appropriate.

5. This is the first stipulation or request to extend EMC's deadline to respond to the Complaint. No previous extension of this deadline has been requested nor granted by this Court.

### B. Legal Standard

When a request for more time is made before the existing deadline expires, Federal Rule of Civil Procedure 6(b)(1)(A) permits the court to extend the time for good cause with or without motion or notice. Local Rule IA 6-1(a) provides that a motion or stipulation to extend time must state the reasons for the requested extension and inform the court of all previous extensions of the subject deadline the court granted, and that a statement identifying the request as the first, second, third, etc., must appear immediately below the title. A request made before the deadline expires need not satisfy the excusable-neglect standard that LR IA 6-1(a) imposes on requests made after a deadline has passed.

### C. Argument

Good cause supports the requested fourteen-day extension. EMC's counsel requires additional time to properly investigate the allegations and respond to the Complaint. The request is made jointly by the parties, in good faith and not for purposes of delay, before EMC's current response deadline expires. The brief extension will not prejudice any party and will not affect any

other date set by the Court. This is the first request to extend the subject deadline. Because the standard of Rule 6(b)(1)(A) and the requirements of LR IA 6-1 are satisfied, the Court should grant the motion.

**D. Conclusion**

The parties therefore respectfully request that the Court extend the deadline for EMC to answer or otherwise respond to the Complaint by fourteen (14) days, from August 6, 2026, to and including August 20, 2026.

Nothing in this motion waives any claim, right, objection, or defense, including any defenses under Fed. R. Civ. P. 12 or any objection to jurisdiction, venue, or service – all of which are expressly reserved.

DATED: this 5th day of August, 2026

**ANDERSON, MCPHARLIN & CONNERS LLP**

By: /S/
**Jennifer C. Kalvestran**
Nevada Bar No. 14385
601 S. Seventh Street
Las Vegas, Nevada 89101
***Attorneys for Plaintiff Evanston Insurance Company***

DATED: this 5th day of August 2026

**DEMLER, ARMSTRONG & ROWLAND LLP**

By: [signature]
**John R. Brydon**
Nevada Bar No. 1827
9805 Double R Blvd., Suite 300
Reno, Nevada 89521
***Attorneys for Defendant EMC Property & Casualty Insurance Company***

IT IS SO ORDERED:

[signature]
United States Magistrate Judge

DATED: August 10, 2026